# EXHIBIT B

**Janet Hayes**

| | |
|---|---|
| **From:** | Amazon.com <store-news@amazon.com> |
| **Sent:** | Sunday, November 25, 2018 7:49 PM |
| **To:** | Janet Hayes |
| **Subject:** | {EXT} Janet: Williams-Sonoma Peppermint Bark 1 Pound Tin and more items for you. |

Thank you for shopping on Amazon. We've found some recommendations, just for you.







Your Amazon.com   Today's Deals   See All Departments

Free shipping on over 100 million items

**Janet, millions of items from our vast selection at great prices – Find something you'll like today.**

**Explore your Recommendations**

# Items from your browsing history



**Williams-Sonoma Peppermint Bark 1 Pound Tin**
**$47.35**

## Deals we found for you

   

| Save on SQUIRREL BRAND Artisan Nuts... | Save on Graze Oat Squares with... | Mentholatum Natural Ice Lip Balm... | Save on Mugzie Corvette C5 Logo... |
|---|---|---|---|
| **$15.30 - $22.84** | ~~$24.92~~ **$17.15 (31% off)** | ~~$17.37~~ **$10.89 (37% off)** | **$14.00 - $15.56** |

                                                                                     Connect with us  

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please unsubscribe here

Please note that product prices and availability are subject to change. Prices and availability were accurate at the time this email was sent; however, they may differ from those you see when you visit Amazon.com.

© 2018 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, the Amazon.com logo and 1-Click are registered trademarks of Amazon.com, Inc. or its affiliates. Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210.

Reference: 374468820

Please note that this message was sent to the following e-mail address:

2