ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

MARGARET WHEELER-FROTHINGHAM (*Pro Hac Vice*)
mwheeler-frothingham@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +212 506 5000
Facsimile: +212 506 5151

Attorneys for Plaintiff Williams-Sonoma, Inc.

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | Case No.: 18-cv-07548-EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

1  WHEREAS, on or about December 14, 2018, Plaintiff filed a Complaint ("Complaint")
2  against Defendant in the above-captioned action; and
3  WHEREAS, Plaintiff granted a 28-day extension of time for Defendant to respond to the
4  Complaint; and
5  WHEREAS, on or about February 5, 2019, Defendant filed a Motion to Dismiss
6  addressing certain claims; and
7  WHEREAS, on or about February 5, 2019, this Court scheduled a hearing on Defendant's
8  Motion to Dismiss for April 2, 2019; and
9  WHEREAS, on or about February 13, 2019, the parties agreed to modify the briefing
10 schedule on the Motion to Dismiss at Plaintiff's request in order to accommodate counsel for
11 Plaintiff's previously scheduled partners' meeting; and
12 WHEREAS, no previous extension of time has been requested on this issue and it will not
13 interfere with any date already set by the Court;
14 NOW THEREFORE, the Parties stipulate, agree, and request that the Court modify the
15 time for Plaintiff to oppose Defendant's Motion to Dismiss by granting one additional week, and
16 the time for Defendant to reply by granting three additional days as follows:
17      Opposition Due:    February 26, 2019
18      Reply Due:         March 8, 2019
19      Hearing:           April 2, 2019 at 9:00 a.m.

Dated: February 14, 2019            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorney for Plaintiff Williams-Sonoma, Inc.

Dated: February 14, 2019            DURIE TANGRI LLP

By:     */s/ Daralyn J. Durie*
DARALYN J. DURIE
Attorney for Defendant Amazon.com, Inc.

## **CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Annette L. Hurst, attest that concurrence in the filing of this document has been obtained by counsel for Defendant Amazon.com, Inc.

    */s/ Annette L. Hurst*
ANNETTE L. HURST

**[PROPOSED] ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved. Plaintiff's response to motion to dismiss is due by February 26, 2019; Defendant's reply in support of motion to dismiss is due by March 8, 2019; and hearing on motion to dismiss is scheduled for April 2, 2019 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  February ___, 2019

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE