ORRICK, HERRINGTON & SUTCLIFFE LLP
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

MARGARET WHEELER-FROTHINGHAM
(*Pro Hac Vice*)
mwheeler-frothingham@orrick.com
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

Attorneys for Plaintiff Williams-Sonoma, Inc.

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: +1 415-362-6666
Facsimile: +1 415-236-6300

Attorneys for Defendant Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAMS-SONOMA, INC.,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

Case No.: 18-cv-07548-EDL

**JOINT UPDATE ON PROPOSED CASE SCHEDULE**

Complaint Filed: December 14, 2018

Judge: Honorable Elizabeth D. Laporte

Plaintiff Williams-Sonoma, Inc. (“WSI”) and Defendant Amazon.com, Inc. (“Amazon”) (collectively, “the Parties”), by and through undersigned counsel, jointly submit an update regarding the case schedule.

WHEREAS during the May 7, 2019 Initial Case Management Conference the Court proposed a summary judgment hearing date of June 16, 2020 and a trial date of September 14, 2020 and requested that the Parties submit a joint proposed case schedule by May 10, 2019;

WHEREAS the Parties conferred and exchanged alternative schedules that agreed on the following dates:

| Event | Proposed Dates |
|---|---|
| Rule 26(a)(1) disclosures | April 30, 2019 |
| Initial CMC | May 7, 2019 |
| Last Day to Amend Complaint | June 3, 2019 |
| Fact Discovery Cutoff | February 10, 2020 |
| MSJ Hearing | **June 16, 2020** |
| Pretrial Conference | August 25, 2020 |
| Trial Date | **September 14, 2020** |

WHEREAS the Parties have not yet reached agreement on the remaining dates in the schedule but have agreed to continue to confer to see if they can reach agreement;

NOW, THEREFORE, the Parties respectfully submit the proposed dates above and request until June 24, 2019 to provide an update on the remaining dates so that they have additional time to confer once they have a better idea of the scope of claims and defenses in the case.

Dated: May 10, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *_/s/ Diana M. Rutowski_*
DIANA M. RUTOWSKI

Attorney for Plaintiff Williams-Sonoma, Inc.

Dated: May 10, 2019

DURIE TANGRI LLP

By: */s/ Joseph C. Gratz*
JOSEPH C. GRATZ

Attorney for Defendant Amazon.com, Inc.

*I, Diana Rutowski, am the ECF user whose ID and password are being used to file this Joint Update on Case Schedule. In compliance with General Order 45, X.B., I hereby attest that Joseph C. Gratz has concurred in this filing.*

Dated: May 10, 2019

DIANA M. RUTOWSKI

By: */s/ Diana M. Rutowski*
DIANA M. RUTOWSKI

Attorney for Plaintiff Williams-Sonoma Inc.

**CERTIFICATE OF SERVICE**

I, Diana Rutowski, certify that on the 10th of May 2019, I caused the foregoing document to be electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants and attorneys of record in this case.

*/s/ Diana M. Rutowski*
DIANA M. RUTOWSKI