UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No.18-cv-07548-EDL<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Re: Dkt. No. 55 |

On May 15, 2019, the Court entered a case management and pretrial order adopting the parties' agreed upon dates, setting certain additional dates, and ordering the parties to file joint proposals for a summary judgment briefing schedule, expert discovery deadlines, a deadline to complete alternative dispute resolution ("ADR"), and an election of the type of ADR by June 24, 2019. On June 24, 2019, the parties submitted a Further Joint Update on Proposed Case Schedule.

Having reviewed the parties' submission, the Court adopts the parties' Joint Proposal for Three-Round Schedule, subject to the availability of the next resulting judge. The following further case management dates and deadlines are HEREBY ORDERED:

1.     DISCOVERY

    a.     All non-expert discovery shall be completed no later than **February 10, 2020**. There will be no further non-expert discovery after that date except by order of the Court for good cause shown. Motions to compel non-expert discovery must be filed within the time limits contained in Civil Local Rule 37-3.

    b.     Initial expert disclosures shall be made no later than **February 17, 2020**. Rebuttal expert disclosures shall be made no later than **March 18, 2020**. All non-retained witnesses, including treating physicians who will provide opinion testimony beyond that which can be

provided by a lay person must be disclosed as expert witnesses, but they need not prepare expert reports unless ordered to do so by the Court.  For such non-retained expert witnesses, Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure requires the disclosure of "the subject matter on which the witness is expected to present evidence under Federal Rules of Evidence 702, 703, or 705" and "a summary of the facts and opinions to which the witness is expected to testify."

    c.    All expert discovery shall be completed no later than **April 8, 2020**.  There will be no further expert discovery after that date except by order of the Court for good cause shown.  Motions to compel expert discovery must be filed within the time limits contained in Civil Local Rule 37-3.

    2.    <u>MOTIONS</u>

Dispositive motions must be filed no later than **April 21, 2020**.  Oppositions are due **May 12, 2020**.  Replies are due **May 26, 2020**.  The last day for hearing dispositive motions shall be **June 16, 2020**.

    3.    <u>ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE</u>

The parties are referred to private mediation, which is to take place by **December 2, 2019**.  If the private mediation is unsuccessful, either or both parties may request referral to a Magistrate Judge for a settlement conference.

**IT IS SO ORDERED.**

Dated: July 8, 2019

ELIZABETH D. LAPORTE
United States Magistrate Judge