ORRICK, HERRINGTON & SUTCLIFFE LLP
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

MARGARET WHEELER-FROTHINGHAM (*Pro Hac Vice*)
mwheeler-frothingham@orrick.com
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000
Facsimile:  +1 212 506 5151

Attorneys for Plaintiff Williams-Sonoma, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No.: 18-cv-07548-AGT<br><br>**NOTICE OF FILING OF REDLINE OF SECOND AMENDED AND SUPPLEMENTAL COMPLAINT PURSUANT TO ECF NO. 105**<br><br>Judge:  Honorable Alex G. Tse |

1    PLEASE TAKE NOTICE that pursuant to the Court's May 10, 2020 Order Granting

2 Plaintiff's Motion for Leave to File Second Amended Complaint and Denying Plaintiff's

3 Administrative Motion to Seal (ECF No. 105), Plaintiff Williams-Sonoma, Inc. ("WSI") hereby

4 file a redline of WSI's Second Amended and Supplemental Complaint showing all changes to the

5 First Amended and Supplemental Complaint as Exhibit A hereto.

7 Dated: May 6, 2020

ANNETTE L. HURST
DIANA M. RUTOWSKI
DANIEL D. JUSTICE
MARGARET WHEELER-FROTHINGHAM
Orrick, Herrington & Sutcliffe LLP

*/s/ Annette L. Hurst*
ANNETTE L. HURST

Attorneys for Plaintiff Williams-Sonoma, Inc.