# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-07548-AGT (JCS)

**Case Name:** Williams-Sonoma, Inc. v. Amazon.com, Inc.

**Date:** September 3, 2020          **Time:** 4 H

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Annette Hurst
**Attorney for Defendant:** Daralyn Durie, Joseph Gratz

## PROCEEDINGS

( )   Settlement Conference

      ( ) Case Settled       ( ) Case Did Not Settle       ( ) Partial Settlement

( X )   Further Settlement Conference - Held

      ( ) Case Settled       (X) Case Did Not Settle       ( ) Partial Settlement

( )   Telephonic Scheduling Conference to set Settlement Conference

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Further Settlement Conference set for 10/29/2020 at 9:30 AM.  Updated statements due 10/22/2020.

All participants at the settlement conference shall meet and confer on 9/24/2020 at 8:30 AM by Zoom to continue settlement negotiations.
Parties in attendance for plaintiff: Laura Alber, David Kin, Shannon King. For defendant: Ajeet Pai and Charles Wright.