**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-07548-AGT (JCS)

**Case Name:** Williams-Sonoma, Inc. v. Amazon.com, Inc.

**Date:** October 29, 2020         **Time:** 9 H

**Deputy Clerk:** Karen Hom         **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Annette Hurst, Diana Rutowski
**Attorney for Defendant:** Daralyn Durie, Joseph Gratz

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

     ( ) Case Settled       ( ) Case Did Not Settle       ( ) Partial Settlement

( X )   Further Zoom Settlement Conference - Held

     (X) Case Settled       ( ) Case Did Not Settle       ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:** Parties finalized a settlement agreement.
Parties in attendance: Laura Albert, David King, Shannon King (plaintiffs). Ajeet Pai, Charles Wright (defendant representatives).