ORRICK, HERRINGTON & SUTCLIFFE LLP
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

MARGARET WHEELER-FROTHINGHAM
(*Pro Hac Vice*)
mwheeler-frothingham@orrick.com
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000
Facsimile:  +1 212 506 5151

Attorneys for Plaintiff Williams-Sonoma, Inc.

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
MATTHAEUS MARTINO-WEINHARDT
(SBN 313103) mweinhardt@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  +1 415-362-6666
Facsimile: +1 415-236-6300

ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
PETER S. HORN (SBN 321358)
phorn@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:  +1 213 992 4499
Facsimile:    +1 415 236 6300

Attorneys for Defendant Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>            Defendant. | Case No.: 18-cv-07548-AGT<br><br>**STIPULATION AND  ORDER FOR STAY AND SUBSEQUENT DISMISSAL** |

Plaintiff Williams-Sonoma, Inc. ("WSI") and Defendant Amazon.com, Inc. ("Amazon") (together, the "Parties"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, on or about December 14, 2018, WSI filed a complaint in the Northern District of California captioned *Williams-Sonoma, Inc. v. Amazon.com, Inc.*, No. 18-cv-07548 (the "Litigation"); and

WHEREAS, WSI amended and supplemented its initial complaint, including most recently filing a Second Amended and Supplemental Complaint ("SASC") on May 6, 2020; and

WHEREAS, Amazon subsequently filed an Answer and Counterclaims denying all liability in the action; and

WHEREAS, the Parties have entered into a final, binding, and signed settlement agreement, one condition of which is the entry of this Stipulation and [PROPOSED] Order for Stay and Subsequent Dismissal;

NOW THEREFORE, the Parties, by and through their counsel of record, hereby stipulate and agree and request that the Court enter an order as follows:

1.     The Parties stipulate that they have entered into a confidential final, binding, and fully executed settlement agreement and that such settlement agreement includes certain material obligations of the Parties that will require time to perform.

2.     The Parties wish to retain the jurisdiction of the Court to aid enforcement of the settlement agreement only so long as is necessary to perform certain material obligations, but without incurring further costs of litigation.  The Parties therefore propose a stay of the action for ninety days pending such performance.  Good cause exists for the stay because it is in the interests of judicial efficiency to further the goal of dismissal and final resolution of the Litigation without further burdening the resources of the Court in a pandemic.

3.     The settlement agreement is conditioned upon the entry by the Court of this Stipulation and [PROPOSED] Order.

4.     The Parties stipulate that this case hereby is and shall be stayed in its entirety effective immediately as of the date of this Stipulation, and that neither party shall take any

1    further action in the Litigation unless ordered by the Court.

2         5.       Unless either party files a written objection alleging that a material obligation of

3    the settlement agreement has been subject to a failure of performance, ninety days after the date

4    of this stipulation WSI's claims in the action shall be dismissed with prejudice, and Amazon's

5    counterclaims in the action shall be dismissed without prejudice.

6         6.       The parties shall each bear their own attorneys' fees and costs.

7

8    Dated:  November 2, 2020                  Respectfully submitted,
                                               ORRICK, HERRINGTON & SUTCLIFFE LLP
9

10                                             By: _____
                                                          /s/ Annette L. Hurst
11                                                      ANNETTE L. HURST
                                                       Attorneys for Plaintiff
12                                                     WILLIAMS-SONOMA, INC.

13   Dated:  November 2, 2020                  DURIE TANGRI LLP

14

15                                             By: _____
                                                          /s/ Joseph C. Gratz
16                                                     JOSEPH C. GRATZ
                                                       Attorneys for Defendant
17                                                     AMAZON.COM, INC.

18                                  *Attestation of Concurrence*

19
          I, Annette Hurst, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this
20   document, on whose behalf this filing is submitted, concur in the filing's content and have
21   authorized this filing.

22   Dated:  November 2, 2020           By: _____
                                                     /s/ Annette L. Hurst
23                                                ANNETTE L. HURST

24

25        **IT IS SO ORDERED**.

26

27   DATED:  November 2, 2020           _____
                                        HONORABLE JUDGE ALEX G. TSE
28

STIPULATION AND [PROPOSED] ORDER FOR
STAY AND SUBSEQUENT DISMISSAL
CASE NO.: 18-CV-07548-AGT